**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KEITH D. MORRISON II, | : | No. 94 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MONTGOMERY COUNTY COURT OF | : | |
| COMMON PLEAS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.